IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>    vs.                                             )<br>                                                        )<br>GUILLERMO MONARREZ           )<br>ALEX BRABLEC                         )<br>YAJAIRA MONARREZ-ZENDEJAS  )<br>ISRAEL MENDOZA,                    )<br>                                                        )<br>            Defendant.                       ) | 8:12CR70<br><br>ORDER |

This matter is before the court on the defendant Israel Mendoza's motion to continue trial [228] due the recently received discovery.   For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial now set for October 2, 2012 is continued to **November 27, 2012.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 27, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 18, 2012.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**